UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| ASHOKE DEB, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 1:13-cv-01245-TWP-DML |
| SIRVA INC., ALLIED VAN LINES, INC., | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Having this day granted Defendants' Motion to Dismiss, the Court enters final judgment against the above named Plaintiff. Plaintiff shall take nothing by his complaint against Defendants and this action is DISMISSED without prejudice.

SO ORDERED.

Dated: 06/06/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Eric L. Zalud
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
ezalud@beneschlaw.com

Stephanie Sackellares Penninger
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
spenninger@beneschlaw.com

David E. Wright
KROGER GARDIS & REGAS LLP
dew@kgrlaw.com